IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN V. HALTOM,

          Plaintiff,

    vs.

KAREN PARKS, DHHS; et. al;

          Defendants.

8:15CV428

ORDER

Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendant within 120 days of filing the lawsuit. To date, Plaintiff has not filed any return of service indicating service on the defendants, and nothe defendant has entered a voluntary appearance

Accordingly,

IT IS ORDERED that plaintiff shall have until May 3, 2016 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

April 25, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge