IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN V. HALTOM,

     Plaintiff,         **8:15CV428**

 vs.

KAREN PARKS, DHHS; et. al;      **ORDER**

     Defendants.

IT IS ORDERED:

1) The motion to withdraw filed by the law firm of Engles, Ketcham, Olson & Keith, P.C., as counsel for Defendants, Rebecca Norton and Dawn Rockey, (filing no. 62), is granted.

2) The motion to withdraw filed by the law firm of Engles, Ketcham, Olson & Keith, P.C., as counsel for Defendants Jeri Grachek, Wendy Kaiser, and Angela Ryan, (filing no. 63), is granted.

3) The Motion to Strike the Filing 58 Answer to Amended Complaint, (Filing No. 64), is granted and,

a. Filing 58 is stricken.

b. Filing No. 65, the Answer filed on behalf of Defendants Cedars Youth Services, Inc., Stephanie Allison, Sharon Bartek, Marti Beard, Jason Bequette, Sam Funnah, Salina Hardesty, Mark Heilman, Nicole Lemke, Ralph Martinez, Bob Meier, Karen Parks, Jeremy Powers, Nanette Simmons, Michael Smith, Anthony Troester, and Wendy Waites, (collectively, "Cedars Defendants"), is properly filed and is the operative answer on behalf of these defendants.

August 22, 2016.      BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge