IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN V. HALTOM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KAREN PARKS, DHH et al.,<br><br>　　　　　　Defendants. | 8:15CV428<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the court on Matthew B. Reilly's, attorney for Defendants CASA and Dawn Rockey, Motion to Strike the motion to dismiss and supporting brief and index of evidence (Filing Nos. 45, 53 and 50); motion for leave to withdraw as counsel for Rebecca Nelson; and motion for leave to file an amended motion to dismiss, brief, and evidence on behalf of Defendant's CASA and Dawn Rockey. (Filing No. 67).

　　　　Mr. Reilly represents he has not been retained by Ms. Nelson and mistakenly entered an appearance and filed a motion to dismiss on her behalf. He now seeks to withdraw as her counsel of record, strike the incorrect motion to dismiss and supporting documents, and to re-file a motion to dismiss on behalf of his clients.

　　　　IT IS ORDERED:

　　　　1)　Attorney Matthew B. Reilly's motion to withdraw as counsel of record for Rebecca Nelson, (Filing No. 67) is granted.

　　　　2)　Defendants CASA and Dawn Rockey's Motion to Dismiss (Filing No. 45), Brief in Support of the Motion to Dismiss (Filing No. 53), and Index of Evidence, (Filing No. 50) are stricken.

3) Defendants CASA and Dawn Rockey shall file their Amended Motion to Dismiss and supporting documents on or before September 2, 2016.

Dated this 29th day of August, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge