IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN V. HALTOM,<br><br>                Plaintiff,<br><br>vs.<br><br>KAREN PARKS, DHHS; et. al;<br><br>                Defendants. | **8:15CV428**<br><br>**FINDINGS AND RECOMMENDATION** |

Plaintiff filed his lawsuit on November 21, 2015, naming over 60 defendants. While several defendants have entered an appearance, Plaintiff has not filed a proof of service as to any defendant as required under Rule 4(l) of the Federal Rules of Civil Procedure. Upon review of the court's docket, the court finds:

1) Plaintiff has not served the following named defendants, and these defendants have not entered an appearance:
   Sarah Siemek, DHHS
   Ashley Buck, DHHS
   Christine Jones, DHHS
   Jane Prine, ORR, Orr Domestic Violence Therapist
   Patricia Dinslage, Mental Health Associates
   Dr. Jennie Cole-Mossman, Mental Health Associates
   Dr. Gail M. Ihle, Mental Health Associates
   Holly Ludvik, KVC, Cedars (summons never issued)
   Dr. Dan Hensleey, Lakeside Physician (summons never requested)

2) Plaintiff has not served the following named defendants, and any entry of appearance by counsel was stricken as erroneously filed without Defendant's authorization:
   Wendy Kaiser
   Angela Ryan
   Rebecca Norton
   Jeri Grachek

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that **as to the above-named defendants**, the complaint be dismissed for failure of service and want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

April 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge
