IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN V. HALTOM, | |
|---|---|
| Plaintiff, | 8:15CV428 |
| vs. | |
| KAREN PARKS, DHHS, et. al; | ORDER |
| Defendants. | |

A conference call was scheduled to be held today at 1:00 p.m. (Filing No. 94). Counsel for Defendants attended; Counsel for Plaintiff did not. At 1:05 p.m., defense counsel attempted to contact Plaintiff's counsel by email to remind him to join the call. As of 1:10 p.m., Plaintiff's counsel had not responded.

My chambers received no message from Plaintiff's counsel explaining his absence at the conference call.

Accordingly,

IT IS ORDERED that Plaintiff is given until July 25, 2017 to show cause why this case should not be dismissed for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

July 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge