IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN V. HALTOM,<br><br>              Plaintiff,<br><br>vs.<br><br>KAREN PARKS, et al.<br><br>              Defendants. | **8:15CV428**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by L. Steven Grasz, as counsel of record for Defendant KVC Behavioral Healthcare Nebraska, Inc. (Filing No. 131), is granted.

Dated this 29th day of December, 2017.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge