IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN V. HALTOM, | |
|---|---|
| Plaintiff, | 8:15-CV-428 |
| vs. | MEMORANDUM AND ORDER |
| KAREN PARKS, et al., | |
| Defendants. | |

Under Fed. R. Civ. P. 4(m), the Court may dismiss defendants not served within 90 days "on motion or on its own after notice to the plaintiff." Nine defendants in this case have not appeared and have not been served, over two years since it was filed: Christine Jones, Jane Prine, and seven unnamed defendants. *See* filing 6.

No motion to dismiss has been made, so by rule, the plaintiff is entitled to notice. Accordingly, the Court will order the plaintiff to show cause, on or before February 28, 2018, why Jones, Prine, and the remaining unnamed defendants should not be dismissed, pursuant to Rule 4(m), for failure to serve process.

IT IS ORDERED:

1. The plaintiff is ordered to show cause, on or before February 28, 2018, why the remaining unserved defendants should not be dismissed, pursuant to Fed. R. Civ. P. 4(m), for failure to serve process.

2.   The Clerk of the Court shall enter a show cause deadline of February 28, 2018.

Dated this 13th day of February, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge