# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN V. HALTOM,<br><br>        Plaintiff,<br><br>vs.<br><br>KAREN PARKS, et al.,<br><br>        Defendants. | 8:15-CV-428<br><br>ORDER |

In the Court's February 13, 2018 Memorandum and Order (filing 146), the Court directed the plaintiff to show cause, on or before February 28, 2018, why the remaining unserved parties should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve process. Cause not having been shown,

IT IS ORDERED that Christine Jones, Jane Prine, and Does I-VII are dismissed as parties.

Dated this 1st day of March, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge